UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FILED** |
| Plaintiff, | ) | |
| | ) | MAR 19 2009 |
| v. | ) No. | U. S. DISTRICT COURT |
| | ) | E, DISTRICT OF MO. |
| DERRICK SUMMERFIELD, | ) | Counts I, II, III |
| DUSTIN SNYDERS, | ) | Counts I, III |
| DANIEL HARDCASTLE, | ) | Counts I, II, III |
| MATTHEW KOCHERA, | ) | Counts I, II, III |
| CARL WILLIAMS, | ) | Counts I, III |
| CHRISTOPHER OWEN and | ) | Counts I, III |
| JARED MYERS, | ) | Counts I, III |
| | ) | |
| Defendants. | ) | |

4:09cr R00222   HEA

## INDICTMENT

## COUNT 1

The Grand Jury charges that:

Beginning at a time unknown to this Grand Jury, but including the period from 2005

through the date of this indictment, in St. Louis City, St. Louis County, and Ste. Genevieve

County, in the Eastern District of Missouri, and elsewhere, the defendants,

**DERRICK SUMMERFIELD,
DUSTIN SNYDERS,
DANIEL HARDCASTLE,
MATTHEW KOCHERA,
CARL WILLIAMS,
CHRISTOPHER OWEN and
JARED MYERS,**

did knowingly and intentionally combine, conspire, confederate and agree, together with persons

both known and unknown to the Grand Jury, to commit the following offenses against the United

States: to knowingly and intentionally distribute and possess with the intent to distribute

marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code. Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and

The quantity of marijuana involved in the offense was in excess of 100 kilograms, punishable under Title 21, United States Code, Section 841(b)(1)(B)(vii).

## COUNT II

The Grand Jury further charges that:

Beginning at a time unknown to this Grand Jury, but including the period from January 8, 2008 through February 21, 2008, in St. Louis County, in the Eastern District of Missouri and elsewhere, the defendants,

**DERRICK SUMMERFIELD,**
**DANIEL HARDCASTLE and**
**MATTHEW KOCHERA,**

did knowingly and intentionally combine, conspire, confederate and agree, together with each other and with persons unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT III (Criminal Forfeiture)

The Grand Jury further charges that:

1.    The allegations of Count I of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2

2.    The property, real and personal of defendants,

**DERRICK SUMMERFIELD,**
**DUSTIN SNYDERS,**
**DANIEL HARDCASTLE,**
**MATTHEW KOCHERA,**
**CARL WILLIAMS,**
**CHRISTOPHER OWEN and**
**JARED MYERS,**

(a) constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the violation of law set out in Count 1 of this Indictment, and

(b) used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations,

is property subject to forfeiture pursuant to Title 21, United States Code, Section 853(a).

3.    Subject to forfeiture is approximately $750,000 in United States Currency in that such sum in the aggregate is property constituting, or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense alleged in Count I.

4.    Specifically subject to forfeiture are properties as set out at paragraph 2 and 3 above, which include but are not limited to:

**Vehicles**

(1)    a 2007 silver Chevrolet Impala bearing vehicle identification number (VIN) 2G1WT55K379170662 seized from Christopher Owen on September 15, 2008;

(2)    a 2007 black Cadillac Escalade bearing VIN 1GYFK63897R225073 seized from Dustin Snyders on September 19, 2008;

**Currency**

(1)    $48,751 in U.S. currency seized from Daniel Hardcastle and Carl Williams on January 8, 2008.

3

5.      If any of the properties described in paragraphs 2, 3 and 4, above, as a result of any act or omission of the defendant --

    (a)      cannot be located upon the exercise of due diligence;

    (b)      has been transferred or sold to, or deposited with, a third party;

    (c)      has been placed beyond the jurisdiction of the Court;

    (d)      has been substantially diminished in value; or

    (e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 3.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
TIFFANY G. BECKER, #77631
Assistant United States Attorney

4