## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CR222HEA(MLM) |
| | ) | |
| DANIEL HARDCASTLE, | ) | |
| | ) | |
| Defendant. | ) | |

## BOND REVOCATION AND ORDER OF DETENTION

On July 27, 2009 this matter came before the court for a Bond Revocation Hearing pursuant to 18 U.S.C. § 3148. Defendant was present in person and by counsel Mr. Chris Goeke. The government was represented by Assistant United States Attorney Tiffany Becker.

Defendant is charged by Indictment with Conspiracy to Possess with the Intent to Distribute in Excess of 100 Kilograms of Marijuana, Conspiracy to Possess with the Intent to Distribute Marijuana and a Criminal Forfeiture count.

On April 1, 2009 defendant was released on a $25,000.00 bond secured by $1,740.00 in cash subject to supervision by the Pretrial Services Office. On July 23, 2009 Supervising U.S. Pretrial Services Officer Mark M. Reichert filed a First Amended Petition for Action on Conditions of Pretrial Release. The Petition indicates that since being released on bond defendant has tested positive for cocaine on April 20, 2009, April 22, 2009, April 29, 2009, May 12, 2009, May 26, 2009, June 24, 2009 and July 15, 2009. On July 16, 2009 defendant failed to appear for an individual outpatient counseling session at Gateway Free & Clean.

At the time of the scheduled hearing defendant indicated that he would waive a hearing. The court has considered Pretrial Services' Report and that Report is incorporated by reference as if fully set out herein. In addition, the court has considered defendant's waiver and his lack of objection to any of the matters contained in the First Amended Petition for Actions on Conditions of Pretrial Release. The court finds by clear and convincing evidence that defendant has violated a condition of his release, 18 U.S.C. § 3148(b)(1)(B) and is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148 (b)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that defendant's $25,000.00 secured bond is **REVOKED** and that the $1,740.00 posted to secure the bond be returned to the surety.

**IT IS FURTHER ORDERED** that the government's Motion for Detention is **GRANTED** and that defendant be detained pending trial or change of plea before the Honorable Henry E. Autrey on August 6, 2009.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this __29th__ day of July, 2009.