UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 4:09CR222 HEA
)
DANIEL HARDCASTLE, )
)
Defendant. )

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for

Wednesday, October 28, 2009, is reset to Monday, November 2, 2009 at 12:15 p.m. in the

courtroom of the undersigned.

Dated this 23rd day of October, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE