# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

*Courtroom Minute Sheet:* SENTENCING PROCEEDINGS
*before* **United States District Judge** Henry E. Autrey

CASE NUMBER: 4:09CR222 HEA     DATE: 11/5/09

Court Reporter G. Madden     Courtroom Deputy CLC

| Plaintiff (s)     USA | Defendant (s) Daniel Hardcastle |
|---|---|
| Plaintiff Attorney(s) Tiffany Becker | Defendant Attorney(s) (X) cja  ( )pda  ( ) ret  Chris Goeke |

Interpreter: _____     ( *IUR form forwarded to Finance Unit* )

Probation Officer present in courtroom: Yes – L. Rogoz

☒ Defendant/Parties present for imposition of sentence.

☒ Plea Agreement adopted and accepted by the Court.

☒ No objections to Presentence Report filed by either party.

❏ Objections to PSR filed by  ❏ Defendant  ❏ Government:

    ❏ After hearing arguments, the Court ❏ overruled  ❏ granted  objections _____

    Other: _____

    ❏ PSR to be amended

☒ PSR adopted and accepted by the Court and to be filed *Under Seal*.

☒ Downward departure motion filed by  ❏ Government  ☒ Defendant

    The Court ❏ Granted  ☒ Denied  the motion for downward departure

☒ Sentence imposed - See Judgment

☒ Count(s) _____2_____ dismissed upon the motion of the AUSA.

☒ Defendant **Remanded** to custody of USM

❏ Defendant granted a **Voluntary Surrender** to the institution for incarceration as notified by USM

    ❏ Surrender date: _____

❏ Defendant released on **Probation** pending processing by USM

☒ Cert. of compliance w/ local Rule 12.07 given to defense counsel.

Courtroom time: 12:15  To  12:30