UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Project EARN | ) | |
| | ) | |
| | ) | **No. 4:17 MC 9000 DDN** |
| Participant: | ) | **No. 4:09 CR 222 HEA** |
| | ) | |
| **DANIEL HARDCASTLE.** | ) | |

## PROJECT EARN TERMINATION ORDER

**Upon the recommendation of the Probation Office and with the approval of the Project EARN Team,**

**IT IS HEREBY ORDERED** that participant **DANIEL HARDCASTLE** is **terminated** from Project EARN due to non-compliance with program rules. The Clerk of Court is directed to file a copy of this Order in **Case No. 4:09 CR 222 HEA.**


　　　　　　　　　　　　　　　__/S/　David D. Noce__
　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**Signed on May 11, 2017.**