# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### COURTROOM MINUTE SHEET

Date 6-28-17 Judge HEa Case No. 09cr 222

USA vs. D. Hardcastle

Court Reporter 6.M. Deputy Clerk Cabrans

Attorney(s) for Plaintiff(s) A. Franks

Attorney(s) for Defendant(s) M. Mahon

Parties present for Final S. R. revocation; continued to
8-1-17 @ 11:30 Am.

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____ Deft. Exhibits:_____
Pltf. Exhibits:_____ Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 11:05 a.m./p.m Concluded 11:15 a.m./p.m.