Daniel Hardcastle
Reg. No. 36137-044
FCC-Yazoo City Medium
P.O. Box 5000
Yazoo City, MS 39194-5000

IN PRO PER

RECEIVED
MAR 12 2018
BY MAIL


FILED
MAR 12 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION

DANIEL HARDCASTLE,                    §

  Petitioner,                      §

              §  CASE NO. 4:09-CR-00222-HEA

v.                                    §

UNITED STATES OF AMERICA,             §

  Respondent.                      §

## NOTICE OF APPEAL

COMES NOW, Petitioner, Daniel Hardcastle, acting in pro per (pro se), respectfully submits this NOTICE OF APPEAL, in regards to the JUDGE'S ORDER, dated February 20, 2018 and received at this FCC-Yazoo City Medium on March 8th, 2018, pursuant to all Federal Rules, Regulations and Procedures in conjunction with 18 U.S.C. § 3582(c)(2).

THIS NOTICE OF APPEAL IS TIMELY.

RESPECTFULLY SUBMITTED on this 8 day of March, 2018.

Daniel Hardcastle
Petitioner/IN PRO PER
Affiant

# CERTIFICATE OF SERVICE

I, __Daniel Hardcastle__ hereby certify that I have served a true and correct copy of the following:

NOTICE OF APPEAL

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [see *Houston v. Lack*, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage pre-paid envelope addressed to:

US District Court
Eastern District of Missouri
US Courthouse-St. Louis Division
Clerk of the Court

This LEGAL ACTION was deposited in the United States Mail at the FCC-Yazoo City Legal Mail Room, located in Yazoo City, Mississippi. **I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to *28 U.S.C. § 1746*.**

EXECUTED and SIGNED on this 9 day of ___March___, 2018.

Daniel Hardcastle
Petitioner/IN PRO PER
Reg. No. 36137-044

- 2 -

Daniel Hardcastle 36137-044
P.O. Box 5888
Yazoo City, MS 39194
Federal Correctional Complex

JACKSON MS 390

09 MAR 2018 PM 11



⇔36137-044⇔
Judge Autrey
111 S 10TH ST
Saint Louis, MO 63102
United States

RECEIVED
MAR 12 2018
BY MAIL

63102-112599