# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

April 16, 2018

Mr. Daniel Hardcastle
FEDERAL CORRECTIONAL INSTITUTION
36137-044
P.O. Box 5888
Yazoo City, MS  39194-0000

     RE:  18-1599  United States v. Daniel Hardcastle

Dear Mr. Hardcastle:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

     Michael E. Gans
     Clerk of Court

SRD

Enclosure(s)

cc:    Ms. Tiffany Gulley Becker
      Mr. Anthony Franks
      Mr. Gregory J. Linhares

     District Court/Agency Case Number(s):  4:09-cr-00222-HEA-3

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 18-1599
_____

United States of America

Plaintiff - Appellee

v.

Daniel Hardcastle

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00222-HEA-3)

_____

## JUDGMENT

Before LOKEN, MURPHY and ERICKSON, Circuit Judges.


On the court's own motion, appellant is granted leave to file an untimely appeal.

This court has reviewed the original file of the United States District Court. It is ordered by the

court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule

47A(a).

April 16, 2018


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans