# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1599

United States of America

Appellee

v.

Daniel Hardcastle

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00222-HEA-3)

_____

## MANDATE

In accordance with the judgment of 04/16/2018, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

May 08, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit