# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: **4:09-CR-00222-HEA(3)** |
| **DANIEL HARDCASTLE** | USM Number: **36137-044** |
| | **Brocca Morrison** |
| | Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | admitted guilt to the following violation of condition(s): | (See violations listed below) |
| ☐ | was found in violation of the following condition(s) after denial of guilt: | (See violations listed below) |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition No. 3 | You must refrain from any unlawful use of a controlled substance. | September 10, 2019 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)      and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 2281

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
St. Louis, Missouri

**October 24, 2019**
Date of Imposition of Judgment

Signature of Judge

**HENRY EDWARD AUTREY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**October 24, 2019**
Date

DEFENDANT:        DANIEL HARDCASTLE
CASE NUMBER:      4:09-CR-00222-HEA(3)

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | You must be confined in the custody of the Bureau of Prisons from 6:00 PM on Friday, August 30, 2019, until 6:00 PM on Sunday, September 1, 2019, for one weekend as directed by the U.S. Probation Officer, and shall comply with the rules of the facility in which confined. | August 30, 2019 |
| Standard Condition No. 13 | You must follow the instructions of the probation officer related to the conditions of supervision. | August 30, 2019 |
| Special Condition No. 3 | You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). | September 25, 2019 |
| Special Condition No. 4 | You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). | September 3, 2019 |

DEFENDANT:       DANIEL HARDCASTLE
CASE NUMBER:     4:09-CR-00222-HEA(3)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
10 months.

.

☒       The court makes the following recommendations to the Bureau of Prisons:

It is  recommended that the defendant be placed as close to the proximity of St. Louis, Missouri as possible. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

☒       The defendant is remanded to the custody of the United States Marshal.

☐       The defendant shall surrender to the United States Marshal for this district:

        ☐   at                          ☐   a.m.      ☐   p.m.     on

        ☐   as notified by the United States Marshal.

☐       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐   before 2 p.m. on
        ☐   as notified by the United States Marshal.
        ☐   as notified by the Probation or Pretrial Services Office.

## MARSHALS RETURN MADE ON SEPARATE PAGE

DEFENDANT: DANIEL HARDCASTLE
CASE NUMBER: 4:09-CR-00222-HEA(3)
USM Number: **36137-044**

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

**I have executed this judgment as follows:**

Date defendant was delivered with certified copy of this judgment:_____

Name and location of facility:_____

□ Defendant was sentenced to Time Served and was released on:_____

□ Defendant was sentenced to _____ months/years of Probation and was released on:_____

□ Defendant was sentenced to _____ months/years of Supervised Release and was released on:_____

_____
NAME OF US MARSHAL/WARDEN

_____
By: NAME OF DEPUTY US MARSHAL/CSO