**RECEIVED**

DEC 1 2 2019

**BY MAIL**

## REQUEST FOR LEGAL DOCUMENTS

To the attention of: *Court Clerk Eastern District*

Case No: *4:09-CR-00222-HEA*

I'm requesting the following documents:

(1) My current Docket sheet
(2) Indictment
(3) Plea Agreement
(4) Sentencing Memorandum
(5) Judgement and Commitment
(6) Superseding Indictment (if applicable).

MISC DOCUMENTS: _____

_____

_____

*****************************************************************

*Daniel Hardcastle*        *12-10-19*
Inmate name/number          Date    *Greenville*

*Federal CC, P.O. Box 5000 Ill, 62246*
Location

Daniel Hardcastle 36137-044
Federal Correctional Complex
P.O. Box 5001
Greenville, IL
62246

11 DEC 2019 PM 8 L

RECEIVED
DEC 1 2 2019
BY MAIL

⇔36137-044⇔
Eastern Missouri
111 S 10TH ST
Saint Louis, MO 63102
United States

63102-112599