United States District Court
Eastern District of Missouri

Daniel Hardcastle,
   Petitioner-Defendant,

VS                                    Case No. 09-CR-222-HEA

United States of America,
   Respondent-Plaintiff,

## Daniel Hardcastle's
## Motion to Expedite Proceedings;
## and Motion for Appointment

   Comes Now, Daniel Hardcastle, ("Hardcastle") files these motions, but first asks this court to construe them liberally pursuant to Haines v. Kerner, 404 U.S. 519, (1972). Hardcastle files these motions, and in support thereof, Hardcastle now states the following:

## Motion to Expedite Proceedings

   Along with these filings, Hardcastle filed motions that would effectively end the federal system having any further jurisdiction over him. In those filings, Hardcastle asked to be immediately released as the outcome. Here, Hardcastle asks for an expedite briefing schedule because Hardcastle only has approximately

four months remaining of his revocation sentence in which is not needed. In the alternative, Hardcastle respectfully asks this court to immediate release him pending the outcome of this motions asking for relief.

## Motion for Appointment of Counsel

Hardcastle is proceeding pro se and is unskilled in the arena of law, Hardcastle simply ask for counsel to be appointed so he can achieve his desired outcome.

Respectfully Submitted

Daniel Hardcastle

Daniel Hardcastle
Federal Reg No. 36137-044
Federal Correctional Institution
P.O. Box 5000, Greenville, IL 62846

April 2, 2020

Sent via U.S. Mail:
United States District Court
ATTN: Office of the clerk
111 S. Tenth Street,
Saint Louis, Missouri 63102

Re: United States v. Hardcastle
    09-CR-222-HEA-3
    Request for file stamped copies

Dear Madam or Sir Clerk,

        Please find enclosed motion's that I would
like filed in my case. Unfortunately, due to the
current lockdown status at my facility, I was
unable to obtain copies before mailing this.

        Can your office please provide me a filed
stamp copy of all motion's currently being filed?

        I Thank you for your time and attention
to this matter.

Daniel Hardcastle
Federal Reg No. 36137-044
Federal Correctional Institution
P.O. Box 5000, Greenville, IL 62246

SAINT LOUIS MO

06 APR 2020

RECEIVED

APR - 8 2020

BY MAIL

Hand delivered
to Officer Mayp
4-2-20

United States District Court
ATTN: Office of the Clerk
111 S. Tenth Street
Saint Louis MO 63102

Legal
Mail