UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )  Case No. 4:09CR0222 HEA
v.    )
    )
DANIEL HARDCASTLE,    )
    )
    Defendant.    )

## **ENTRY OF APPEARANCE**

Assistant Federal Public Defender Michael P. Mahon enters his appearance as appointed counsel of record for the Defendant Daniel Hardcastle replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Michael P. Mahon
MICHAEL P. MAHON   61858 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Michael_Mahon@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 04/09/2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Michael P. Mahon
MICHAEL P. MAHON   61858 MO