**RECEIVED**

MAY 20 2020

**BY MAIL**

United States District Court
Eastern District of Missouri

Daniel Hardcastle,
Petitioner-Defendant,

Vs.

Case No. 09-CR-222-HEA

United States of America,
Respondent-Plaintiff,

## Daniel Hardcastle's
## Motion for a Status Hearing

Comes Now, Daniel Hardcastle, ("Hardcastle") proceeding pro se files this motion, but first asks this court to construe it liberally pursuant to Haines v. Kerner 404 U.S. 519 (1972). Hardcastle files this Motion for Status. In support thereof, Hardcastle now states the following:

1. On April 8, 2020, this court docketed several motion filed pro se by Hardcastle.

2. One of those motions, were Hardcastle's Motion for Immediate Release or, in the alternative, a motion for reduction of sentence pursuant to the First Step Act ("FSA"). Doc #356.

3. Since the filing of these motions, this court has only ruled on Hardcastle's Motion for counsel, in which this court denied.

4. Hardcastle files this instant motion for a status hearing in reference to Doc #356.

5. Hardcastle respectfully ask that this court provide a status of his pro se motion at Doc #356.

6. Hardcastle further ask that this court to grant this instant motion and direct the government to respond or otherwise plead, and to do so on an expedited briefing schedule.

<u>Conclusion</u>

WHEREFORE, against this factual backdrop, all premise considered, Hardcastle ask that this court grant this motion unto him.

Respectfully Submitted



Daniel Hardcastle



Daniel Hardcastle
Federal Reg No. 36137-044
Federal Correctional Institution

Hand delivered
to Officer Van Mater
on 5/17/20 DH

RECEIVED
MAY 2 0 2020
BY MAIL

United States District Court
ATTN: Office of the Clerk
111 S. Tenth Street
Saint Louis MO 63102

SAINT LOUIS MO 630
18 MAY 2020 PM 4 L

Legal Mail