IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR222 HEA |
| | ) | |
| DANIEL HARDCASTLE, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF INTENT NOT TO FILE SUPPLEMENTAL MOTION

COMES Assistant Federal Public Defender Michael P. Mahon and states as follows:

1.  On April 1, 2020, this Court entered an Administrative Order pursuant to the provisions of the Criminal Justice Act, Title 18, U.S.C, §3006A(a)(1) and (c), and the discretion of the Court, appointing the Office of the Federal Public Defender for the Eastern District of Missouri to represent any defendant previously determined to have been entitled to appointment of counsel or who is now indigent, in order to determine whether the defendant is eligible to petition the Court for compassionate release in accordance with Section 603(b) of the First Step Act of 2018, codified at 18 U.S.C., §3582(c) and (d), and to file any motions for compassionate release.

2.  Section 603(b) of the First Step Act reformed 18 U.S.C. § 3582(c)(1)(A) and allows a defendant to now move a federal court directly for compassionate release.

1

3.     This Court's April 1, 2020 Administrative Order also directs the Federal Public Defender's Office to file either a supplemental motion or a statement indicating it will not be filing anything on defendant's behalf within thirty days of the defendant's filing of a pro se motion for compassionate release pursuant to Section 603(b) of the First Step Act.

4.     On April 8, 2020, Daniel Hardcastle filed a *pro se* motion for Immediate Release or, in the Alternative, for Reduction Pursuant to the First Step Act.  Doc. # 356.

5.     On April 9, 2020 counsel entered his appearance on behalf of Mr. Hardcastle in order to review his case pursuant to the Administrative Order. Doc. # 357.

6.     The undersigned has reviewed Defendant's pro se motion, his Presentence Investigation Report, Medical records from 2017, and available records regarding his conviction and the Probation Office's Report regarding his pending Motion.  Doc. # 358.

7.     Based upon review of all the materials mentioned above, it is the undersigned's determination that Defendant's *pro se* motion requires no further supplementation from the undersigned and therefore, the undersigned will not be filing anything further on Mr. Hardcastle's behalf.

WHEREFORE, the Federal Defender's Office will be filing nothing further on behalf of Mr. Hardcastle regarding his motion for Release.

Respectfully submitted,

*/s/Michael P. Mahon*
MICHAEL P. MAHON
Assistant Federal Public: (314) 421-3177
E-mail: Michael_Mahon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon Anthony Franks, Assistant United States Attorney.

*/s/ Michael Mahon*
Michael Mahon